IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
UNITED STATES OF AMERICA           :
                                                                 : CASE NO.   1:09CR207
                              Plaintiff   :
                                                                 :
         -vs-                                             :
                                                                 : <u>ORDER ACCEPTING PLEA AND</u>
ELED ANYOSA-MALDONADO    : <u>JUDGMENT AND NOTICE OF HEARING</u>
                                                                 :
                              Defendant :
------------------------------------------------------ :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

  This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Greg White regarding the change of plea hearing and plea of Eled Anyosa-Maldonado which was referred to the Magistrate Judge with the consent of the parties.

  On 6 May 2009, the government filed a one-count indictment against Eled Anyosa-Maldonado for illegal reentry following deportation in violation of 8 U.S.C. § 1326.  On 18 May 2009, a hearing was held in which Eled Anyosa-Maldonado entered a plea of not guilty before Magistrate Judge David S. Perelman.  On 29 June 2009, Magistrate Judge White received Eled Anyosa-Maldonado's plea of guilty and issued a Report and Recommendation ("R&R")

concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Eled Anyosa-Maldonado is found to be competent to enter a plea.  He understands his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea is approved.

Therefore, Eled Anyosa-Maldonado is adjudged guilty of Count One in violation of 8 U.S.C. Section 1326.

Sentencing will be:

> **15 September 2009 at 9:30 a.m.**
>
> **Courtroom 19-A**
> **19th Floor, United States District Court**
> **801 West Superior Avenue**
> **Cleveland, Ohio 44113**

IT IS SO ORDERED.


Dated:	11 September 2009		/s/Lesley Wells_____
					UNITED STATES DISTRICT JUDGE

2